**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnnie KENON, a.k.a. Spote,
Defendant–Appellant.**

No. 13–13092
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 24, 2014.

Michelle Lee Schieber, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff–Appellee.

Jason Banks Moon, Moon Law Firm, Valdosta, GA, for Defendant–Appellant.

Johnnie Kenon, Estill, SC, pro se.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Jason Moon, appointed counsel for Johnnie Kenon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Kenon's conviction and sentence are **AFFIRMED.**